# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

| | | |
|---|---|---|
| George Morris, | § § | |
| Plaintiff, | § § | CA No. 4:18-cv-720-ALM-KPJ |
| v. | § § § | Class Action |
| Key Insurance Advisors LLC, | § § | Jury Demanded |
| Defendant. | § | |

### Plaintiff's Stipulation Of Dismissal Without Prejudice

Plaintiff George Morris stipulates to the dismissal of all claims pursuant to Fed R. Civ. P. 41(a)(1)(A)(i).  Defendant has not filed an answer or otherwise appeared.

Respectfully submitted,

By: */s/ Chris R. Miltenberger*
Chris R. Miltenberger
Texas Bar Number: 14171200

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Designated as Lead Attorney

**Attorney for Plaintiff**

## Certificate of Service

The undersigned certifies that on February 10, 2020 the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules. Defendant has not yet appeared.

By: */s/ Chris R. Miltenberger*
Chris R. Miltenberger